IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BENJAMIN AIKEN                              *

vs.                                         *

DCT INDUSTRIAL TRUST, INC., et al.          *    Civil Action No.   CCB-18-2144

******

## ORDER

No response having been filed to the show cause order issued October 31, 2018, it is hereby Ordered that:

This case is Dismissed without prejudice.

_11/19/18_                                _/S/ CCB_
Date                                        Catherine C. Blake
United States District Judge

Rule 4m Show Cause Order Court (Rev. 9/2016)